UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SEKOU MUATA IMANI,**

    **Plaintiff,**

    v.

**WARDEN, NOBLE CORRECTIONAL INSTITUTION, et al.,**

    **Defendants.**

Case No. 2:14-cv-1358
**JUDGE GREGORY L. FROST**
Magistrate Judge Norah McCann King

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's August 25, 2015 Report and Recommendation. (ECF No. 22.) The Magistrate Judge recommended that the Court grant Defendant Julie Hupp's motion for summary judgment and advised the parties that a failure to timely object would "result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the Report and Recommendation." (*Id.* at Page ID # 265.) Because no objections have been filed, the time for filing objections has expired, and the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation (ECF No. 22) and **GRANTS** Hupp's motion (ECF No. 19). The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                      /s/ Gregory L. Frost
                                      GREGORY L. FROST
                                      UNITED STATES DISTRICT JUDGE